AO 106 (Rev. 06/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of California

FILED
FEB 04 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

The personal property of Byung Hyup Lee, Otay Detention Facility, 446 Alta Road, San Diego, CA

)
)
)
)
)
)

Case No.

'14 MJ 0417

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See attachment A

located in the ___Southern___ District of ___California___, there is now concealed *(identify the person or describe the property to be seized)*:
See attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324 | Alien smuggling |

The application is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Calvin G. Jones, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/4/14

City and state: San Diego, CA

*Judge's signature*

Karen S. Crawford, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

I, Special Agent Calvin G. Jones, upon being duly sworn do hereby state that the following is true to my knowledge and belief:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been employed by the FBI for eleven years. I am currently assigned to the FBI San Diego Field Office and investigate human trafficking and other civil rights violations. Additionally, while employed by the FBI, I have also investigated violent crimes, white collar crimes and counterterrorism matters. During the course of my participation in these investigations, I have conducted arrests, obtained search warrants and court orders. I have investigated crimes involving, but not limited to, human trafficking, narcotics trafficking, firearms trafficking, wire fraud, mail fraud, and health care fraud. I have received training in violent crime, drug matters, and white collar crime at the FBI Academy and in training courses sponsored by other law enforcement agencies.

2. This affidavit is now offered in support of an application by the United States of America for a warrant to seize and search the following items that are currently in the personal property of BYUNG HYUP LEE, who is in the custody of U.S. Immigration and Customs Enforcement (ICE) at the Otay Detention Facility, 446 Alta Road, San Diego, CA 92143.

1) Two separate hand-written notes (Korean)
2) Valium (Diazepam) oral indication description
3) International Youth Hostel Card # xxx-xx-xxx8387
4) South Korean Driver's License #xx-xxx248-00
5) Starbucks Card #xxxx xxxx xxxx 0808
6) Maestro CC# xxxx xxxx xxxx 5003
7) Bank Of China CC# xxxxxxxxxxxxxx4542
8) South Korean PPT Card #xxxxxx-xxx7313
9) Amigo Trip Card #xxxxxx-5446
10)     Mongolian Driver's License # xx0336

| | | |
|---|---|---|
| 11) | Passenger Audit Ticket Receipt |
| 12) | CA DL# B3473261 |
| 13) | Maestro CC# xxxx xxxx xxxx 5252 |
| 14) | MC CC# xxxx xxxx xxxx 4655 |
| 15) | International Teacher Card #xxx xxx xxx 345 |
| 16) | Bank of Communications Union Pay Card # xxxxxxxxxxxxx6336 |
| 17) | MC CC# xxxx xxxx xxxx 1261 |
| 18) | CJ One Membership Card # xxxx xxxx xxxx 6123 |
| 19) | 2 Passport Photos |
| 20) | Interim California Driver's License # B3473261 (Exp: 09-26-2005) |
| 21) | Six Photographs |
| 22) | U.S.-Mexico Immigration Form Receipt |
| 23) | Business Card from the Shanghai Hidden Garden International Youth Hostel |
| 24) | Boarding Pass from Iberia Airlines (23SEP 1915 Hrs) |

3. This affidavit is based upon information I have gained through training and experience, as well as upon information related to me by other individuals, including law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known concerning this investigation but have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence relating to violations of Title 8, United States Code § 1324 as described in Attachment B, is located at the item described in Attachment A.

4. Based upon the following information, I believe there is probable cause to believe that currently located at the above-described location, as set forth in Attachment "A," there is evidence, fruits and instrumentalities of violations of federal criminal law, namely, Title 8, United States Code § 1324 (alien smuggling).

## STATEMENT OF PROBABLE CAUSE

5. On December 14, 2013, agents with the United States Border Patrol conducted line watch duties at the United States/Mexico International Boundary, approximately seven miles east of the Tecate Port of Entry, and approximately one quarter mile south of State Route 94.

6. At approximately 2:15p.m., agents observed three subjects jump over the International Border Fence and head northbound into a grove of oak trees located approximately 30 yards north of the border fence. At approximately 2:30 p.m., agents took three individuals into custody, later identified as Vicente BLANCO-SOSA, Byung Hyup LEE, and Yu Xiu ZHANG.

7. All three individuals were questioned by agents as to their citizenship and nationality in both Spanish and English. BLANCO-SOSA indicated in Spanish that he was a citizen of Mexico, while LEE indicated in English that he was a citizen of Korea. ZHANG did not respond to agents to their English or Spanish inquiries. Later, through an interpreter, ZHANG advised that she is a citizen of China. None of the individuals had the proper documentation required to enter or remain legally in the United States.

8. At the time of her arrest, ZHANG was found to be in possession of an imposter South Korean passport; it was not in her name, nor did it contain her actual photo. This document was taken into evidence by the United States Border Patrol. ZHANG was also in possession of one Apple iPhone 4S cell phone (**Target Phone 1**). **Target Phone 1** remained in ZHANG's property until it was seized as evidence and placed at the FBI's evidence facility in San Diego, California.

9. On December 16, 2013, ZHANG was interviewed by the USBP San Diego Sector Intelligence Unit regarding her illegal entry into the United States

from Mexico. ZHANG stated that in 2012 while living in China, she met a Chinese-born U.S. citizen, Qi Hua LI through a Chinese dating website. ZHANG stated that after corresponding with LI, her intention was to come to the U.S., move to the Seattle, WA area where LI resides, and marry LI. ZHANG stated that she made all of her travel arrangements herself. ZHANG stated that she met Byung LEE while traveling from Malaysia to the U.S., and did not have any pre-existing travel arrangements with LEE. ZHANG stated that neither she nor her family provided any funds to anyone in China for the imposter South Korean passport she was using, or for her travel arrangements.

10. On January 27, 2014, ZHANG was interviewed by the USBP and FBI, at an ICE detention facility in Irvine, CA. During the interview, ZHANG stated that she lived in Yanji, China until 2013. In August 2013 she paid an individual approximately $41,000 to smuggle her from China to the United States. In September 2013, ZHANG was introduced to Byung Hyup LEE and advised that he would act as a guide who would escort her from China to the United States. ZHANG stated that during their travels from China to Mexico, LEE provided her with meals, lodging and expenses. LEE was responsible for guiding ZHANG and directing their route of travel. ZHANG advised that LEE was to receive $5,000 from his employers upon ZHANG's safe arrival in New York, NY. The smuggling organization provided ZHANG with the imposter South Korean passport that she utilized for her travel to the United States.

11. ZHANG stated that during their travels in Mexico City, Mexico, LEE met with two Mexican nationals at a Chinese Restaurant, who LEE arranged to meet at the hotel in-which LEE and ZHANG were staying. The following day, the two Mexican males arrived and LEE made arrangements with them for LEE and ZHANG to cross into the United States. These two Mexican males introduced

LEE to the Mexican male with whom ZHANG and LEE were arrested. ZHANG stated that LEE paid $600 to be led across the border, and that LEE would be responsible to pay an additional $1,200 upon LEE's arrival into the United States.

12.  ZHANG stated that while in Mexico, she spoke telephonically with the interpreter from Shanghai, who informed her that LEE was scheduled to receive $5,000 upon ZHANG's safe arrival in New York City, New York. ZHANG stated that LEE was in possession of a Chinese bank debit card, which he would use to access the $5,000, which would be transferred into his account from CUI and his Shanghai associates. ZHANG indicated that upon their departure from Shanghai, LEE was in possession of ¥10,000 (~$1,650). ZHANG stated that whenever LEE exhausted his funds, he would withdraw more money using this debit card, and that the funds in this account were also provided to LEE by the smugglers in Shanghai. ZHANG stated that during their travels from China, through Asia, Europe, and Mexico, LEE provided her with all her meals, lodging, and expenses during their travels together, and that LEE was responsible for guiding and directing her specific travels.

13.  The interviews of ZHANG and analysis of the passport documents found in her and LEE's possession at their time of arrest, revealed the following regarding LEE and ZHANG's travel from China to the United States:

   a.  On September 7, 2013, LEE and ZHANG departed Shanghai, China and traveled to Bangkok, Thailand.

   b.  On September 10, 2013, LEE and ZHANG traveled from Bangkok, Thailand to Kuala Lumpur, Malaysia.

   c.  On September 13, 2013, LEE and ZHANG traveled from Kuala Lumpur, Malaysia to Frankfurt, Germany.

   d.  On September 18, 2013, LEE and ZHANG traveled from Frankfurt, Germany to Mexico City, Mexico. Upon their arrival, LEE and ZHANG were deported by Mexican officials back to Frankfurt, Germany due to

LEE's previous deportations from the United States. LEE and ZHANG returned to Frankfurt, Germany on September 20, 2013.

e.   On September 24, 2013, LEE and ZHANG traveled via plane from Madrid, Spain to Guatemala City, Guatemala.

f.   On September 30, 2013, LEE and ZHANG traveled from Guatemala City, Guatemala to Mexico City, Mexico.

14.   LEE was interviewed by law enforcement as well. None of those statements are relied upon for the purposes of establishing probable cause. LEE stated that BLANCO-SOSA was hired to act as a foot guide to facilitate his and ZHANG's entry into the United States from Mexico. At the time of his apprehension, LEE was in possession of a number of personal items and a wallet, which are currently located with the personal property of Byung Hyup LEE, A#078 489 981, who is in the custody of U.S. Immigration and Customs Enforcement (ICE) at the Otay Detention Facility, 446 Alta Road, San Diego, CA 92143. Those items included credit cards, identification cards, travel receipts, as follows:

1) Two separate hand-written notes (Korean)
2) Valium (Diazepam) oral indication description
3) International Youth Hostel Card # xxx-xx-xxx8387
4) South Korean Driver's License #xx-xxx248-00
5) Starbucks Card #xxxx xxxx xxxx 0808
6) Maestro CC# xxxx xxxx xxxx 5003
7) Bank Of China CC# xxxxxxxxxxxxx4542
8) South Korean PPT Card #xxxxxx-xxx7313
9) Amigo Trip Card #xxxxxx-5446
10)   Mongolian Driver's License # xx0336
11)   Passenger Audit Ticket Receipt
12)   CA DL# B3473261
13)   Maestro CC# xxxx xxxx xxxx 5252
14)   MC CC# xxxx xxxx xxxx 4655

| | | |
|---|---|---|
| 15) | International Teacher Card #xxx xxx xxx 345 | |
| 16) | Bank of Communications Union Pay Card # xxxxxxxxxxxxxx6336 | |
| 17) | MC CC# xxxx xxxx xxxx 1261 | |
| 18) | CJ One Membership Card # xxxx xxxx xxxx 6123 | |
| 19) | 2 Passport Photos | |
| 20) | Interim California Driver's License # B3473261 (Exp: 09-26-2005) | |
| 21) | Six Photographs | |
| 22) | U.S.-Mexico Immigration Form Receipt | |
| 23) | Business Card from the Shanghai Hidden Garden International Youth Hostel | |
| 24) | Boarding Pass from Iberia Airlines (23SEP 1915 Hrs) | |

## CONCLUSION

15. Based on the foregoing, I believe there is probable cause to believe the items identified in Attachment B have been used in the commission of a crime and constitute evidence, fruits, and instrumentalities of violations of Title 8, United States Code § 1324 (alien smuggling) and will be found on the at the property to be searched as provided in Attachment A.

_____
CALVIN G. JONES, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
this _____ 4th _____ day of February, 2014.

_____
KAREN S. CRAWFORD
UNITED STATES MAGISTRATE JUDGE

7

# ATTACHMENT A
# DESCRIPTION OF LOCATION TO BE SEARCHED

The personal property of BYUNG HYUP LEE, who is in the custody of U.S. Immigration and Customs Enforcement (ICE) at the Otay Detention Facility, 446 Alta Road, San Diego, CA 92143.

# ATTACHMENT B

# ITEMS TO BE SEIZED

Authorization is sought to search for and seize evidence that relates to the violations of Title 8, United States Code, Section 1324 (alien smuggling). Items to be seized include the following:

1) Two separate hand-written notes (Korean)
2) Valium (Diazepam) oral indication description
3) International Youth Hostel Card # xxx-xx-xxx8387
4) South Korean Driver's License #xx-xxx248-00
5) Starbucks Card #xxxx xxxx xxxx 0808
6) Maestro CC# xxxx xxxx xxxx 5003
7) Bank Of China CC# xxxxxxxxxxxxx4542
8) South Korean PPT Card #xxxxxx-xxx7313
9) Amigo Trip Card #xxxxxx-5446
10) Mongolian Driver's License # xx0336
11) Passenger Audit Ticket Receipt
12) CA DL# B3473261
13) Maestro CC# xxxx xxxx xxxx 5252
14) MC CC# xxxx xxxx xxxx 4655
15) International Teacher Card #xxx xxx xxx 345
16) Bank of Communications Union Pay Card # xxxxxxxxxxxxxxx6336
17) MC CC# xxxx xxxx xxxx 1261
18) CJ One Membership Card # xxxx xxxx xxxx 6123
19) 2 Passport Photos
20) Interim California Driver's License # B3473261 (Exp: 09-26-2005)
21) Six Photographs
22) U.S.-Mexico Immigration Form Receipt
23) Business Card from the Shanghai Hidden Garden International Youth Hostel
24) Boarding Pass from Iberia Airlines (23SEP 1915 Hrs)